# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CHARLES NELSON TILLMAN, III             CIVIL ACTION

VERSUS             17-1066-SDD-RLB

CAROLYN W. COLVIN

## RULING AND JUDGMENT OF DISMISSAL

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 15, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the decision of the Commissioner is hereby AFFIRMED and Plaintiff's appeal is hereby DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana on March 13, 2019.

*[signature: Shelly D. Dick]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.